1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                 FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    EDWIN McMILLAN,                        No.  2:15-cv-0404 DAD P

10                  Petitioner,

11          v.                              ORDER

12   RONALD RACKLEY,

13                  Respondent.

14

15          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

16   corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

17          The application for relief pending before this court attacks a judgment of conviction

18   issued by the Ventura County Superior Court.  While both this court and the United States

19   District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th

20   Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the

21   resolution of petitioner's application are more readily available in Ventura County.  Id. at 499

22   n.15; 28 U.S.C. § 2241(d).

23          Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

24          1.   This court has not ruled on petitioner's application to proceed in forma pauperis; and

25   /////

26   /////

27   /////

28   /////

1      2.  This matter is transferred to the United States District Court for the Central District of

2   California.

3   Dated:  March 1, 2015

4

5   _____
    DALE A. DROZD
6                                                             UNITED STATES MAGISTRATE JUDGE

    DAD:10/mp
    mcmi0404.108

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2